UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY BIRD, deceased, by and through his next friend, GREG BIRD, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:07CV202 SNLJ |
| JEFFERSON COUNTY SHERIFF'S DEPT., et al., ) ) ) | |
| Defendants. ) | |

### ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment (#22) be and is **GRANTED IN FULL**. Judgment is hereby entered for the defendants, and against the plaintiff, on the merits of Counts I, II and III of the plaintiff's first amended complaint.

Dated this 25th day of March, 2009.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE