UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **GARY BIRD (deceased), by and through** | ) | |
| **His Next Friend, GREG BIRD**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-CV-00202-SNLJ |
| | ) | |
| **JEFFERSON COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S PRE-TRIAL REPORT

Comes now the Plaintiff , in accordance with the Court's Case Management Order, files its Pre-trial report as follows:

1. <u>Stipulation of uncontested Facts:</u> Plaintiffs and Defendant have conferred concerning a Joint Stipulation of Facts, which will be filed by Plaintiffs.

2. <u>Witnesses:</u> The parties reserve the right to call any witnesses listed on any other party's witnesses, including those for whom their objections, if any, have been overruled. The parties further reserve the right to call rebuttal witnesses, including those not presently identifiable, as may be necessary. Except as to witnesses who become unavailable at trial, depositions will be used only as permitted for impeachment.

   (a) **Plaintiff's Will Call List**

| Witness Name | Address | Objections, If Any |
|---|---|---|
| **EXPERTS:** | | |
| Keith L. Williams | 732 Gralee Ln., Olivette, MO. 63132 | |
| Karen Tabak | 12608 Royal Manor Dr. St. Louis, Mo. 63141 | |

1

| Dr. Graham, Coroner | c/o Jefferson County | |
| **FACT WITNESSES:** | | |
| Mary LaChance | 9145-A Villa Ridge Ct. St. Louis, MO. 63123 | |
| Andrew Crews | c/o Jefferson County | |
| Timothy Groat | c/o Jefferson County | |
| Mary Schroeter | 5515 Echo Valley House Springs, MO. 63051 | |
| Eric Burgard | c/o Jefferson County | |
| Jeffrey Sengheiser | c/o Jefferson County | |
| Terry Thomas | c/o Pevely Police Dept. P.O.Box 304 Pevely, MO. 63070 | |
| Yvonne Wilson | Currently unknown | |
| Michael Gray | c/o Jefferson County | |

    3. <u>Exhibits:</u> Plaintiff may offer one or more of the following exhibits. All photographic evidence has been previously produced by Defendant. Some have been used in Plaintiff deposition, of which have been identified below in bold print.

| Pl. Ex. No. | Description | Objection, if Any |
| --- | --- | --- |
| 1 (Group Exhibit) | Incident Photos | |
| 1a | Incident Photograph (Plaintiff, deceased: autopsy: leg) | |
| 1b | Incident Photograph (Plaintiff, deceased; autopsy full frontal) | |
| 1c | Incident Photograph (Plaintiff, deceased; autopsy: bullet wound) | |
| 1d | Incident Photograph (Plaintiff, deceased; autopsy: upper torso/head) | |
| 1e | Incident Photograph (Plaintiff, deceased; autopsy : head/shoulder left side) | |
| 1f | Incident Photograph (drawing/map of area/cars taken from aerial POV) **Pl. Depo Ex. 10, 11/28/07** | |
| 1g | Incident Photograph (2nd map of area/cars taken from aerial POV) **Pl. Depo Ex. 12 11/28/07** | |
| 1h | Incident Photograph (Night time police scene) | |
| 1i | Incident Photograph (Night time police scene w/smoke/haze) | |

| | | |
|---|---|---|
| 1j | Incident Photograph (Night time police scene, afar) | |
| 1k | Incident Photograph (Night time police scene – automobile) **Pl. Depo Ex. 13 11/28/07** | |
| 1l | Incident Photograph (Night time police scene, destroyed car) **Pl. Depo. Ex. 11  11/28/07** | |
| 1m | Incident Photograph (Night time police scene, general) **Pl. Depo. Ex. 05  11/28/07** | |
| 1n | Incident Photograph ( Day time police scene, misc. 1) | |
| 1o | Incident Photograph ( Day time police scene, misc. 2) | |
| 1p | Incident Photograph ( Day time police scene, misc.3) | |
| 1q | Incident Photograph ( Day time police scene, misc. 4) | |
| 1r | Incident Photograph ( Day time police scene, misc. 5) | |
| 1s | Incident Photograph (shell casings 1) | |
| 1t | Incident Photograph (shell casings 2) | |
| 1u | Incident Photograph (shell casings 3) | |
| 1v | Incident Photograph (shell casings 4) | |
| 1w | Incident Photograph (shell casings 5) | |
| 1x | Incident Photograph (shell casings 6) | |
| 1y | Incident Photograph (shell casings 7) | |
| 1z | Incident Photograph (shell casings 8) | |
| 1aa | Incident Photograph (Plaintiff vehicle, rt. side) **Pl. Depo. Ex. 01 11/28/07** | |
| 1bb | Incident Photograph (Plaintiff vehicle, front) | |
| 1cc | Incident Photograph (Defendant's police cruiser, left front) | |
| 1dd | Incident Photograph (Defendant's police cruiser, front) **Pl. Depo. Ex. 03 11/28/07** | |
| 1ee | Incident Photograph (Defendant's bloodied shirt) **Pl. Depo. Ex. 06 11/28/07** | |
| 1ff | Incident Photograph (Plaintiff vehicle, trajectory layout 1) | |

| | | |
|---|---|---|
| 1gg | Incident Photograph (plaintiff vehicle, trajectory layout 2) | |
| 1hh | Incident Photograph (Plaintiff vehicle, trajectory , left side) | |
| 1ii | Incident Photograph (Plaintiff vehicle, closeup chipped/grazed) | |
| 1jj | Incident Photograph (Plaintiff vehicle, trajectory , front window) | |
| 1kk | Incident Photograph (Plaintiff vehicle, trajectory , front hood) | |
| 1ll | Incident Photograph (Plaintiff vehicle, trajectory , left side) | |
| 1mm | Incident Photograph (Plaintiff vehicle, trajectory , front, angled) | |
| 1nn | Incident Photograph (Plaintiff vehicle, trajectory, front, angled 2) | |
| 1oo | Incident Photograph, (Plaintiff vehicle, trajectory rear left) | |
| 1pp | Incident Photograph (Plaintiff vehicle, trajectory, left) | |
| 1qq | Incident Photograph (Plaintiff vehicle, trajectory front) | |
| 1rr | Incident Photograph (Plaintiff vehicle, trajectory left) | |
| 1ss | Incident Photograph (Plaintiff vehicle, trajectory left) | |
| 1tt | Incident Photograph (Plaintiff ball cap – side bullet entries) | |
| 1uu | Incident Photograph (Plaintiff ball cap, top view) | |
| 1vv | Incident Report(Pl.bloodied car door) | |
| 2 | Police Report (Evidence receipts) | |
| 3 | Police Report (Witness statements) | |
| 4 | Police Report (Supp. Det. Grey) | |
| 5 | Police Report (Supp. Cpl. Dunn 1) | |
| 6 | Police Report (Supp. Cpl. Dunn 2) | |
| 7 | Police Report (Event chronology) | |
| 8 | Police Report (Supp. Cpl. Dunn 3) | |
| 9 | IAD Interview | |
| 10 | Autopsy Report | |
| 11 | Toxicology Report | |
| 12 | Google map of the area | |

4. <u>Deposition and Interrogatory Answers:</u>

Plaintiff reserves the right to use any portion of any deposition taken in the case at trial if needed for rebuttal, impeachment purposes, or if witnesses are unavailable for trial. Furthermore, Plaintiff intends to use at trial each answer to interrogatories made by each Defendant.

5. <u>Trial Brief:</u> See attached.

    Respectfully Submitted this

    11th day of January, 2011


    /s/Celestine Dotson
    Celestine Dotson 120233
    Law Office of Celestine Dotson
    300 North Tucker Suite    #301
    Saint Louis, Missouri    63101
    314.454.6543
    314.241.4943 facsimile
    celestine-dotson@sbcglobal.net

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing, including the attached trial brief, was electronically filed with this court via the CM/ECF system, on the 11th day of January, 2011 and by way of such, will have been served electronically to the following:

| | |
|---|---|
| William Hellmich<br>King, Krehbiel, Hellmich, Hacking & Borbonus, LLC<br>2000 South Hanley Road<br>St. Louis, MO 63144-1524<br>314-646-1110<br>314-646-1122 (fax)<br>E-mail: bhellmich@kingkrehbiel<br><br>*Counsel for the Defendant* | D. Keith Henson, Esq.<br>PAULE, CAMAZINE & BLUMENTHAL, P.C.<br>165 N. Meramec Avenue, 6th Floor<br>St. Louis, MO 63105<br>E-mail: khenzon@pcblawfirm.com |
| Rufus J. Tate, Jr., Esq.<br>The Tate Law Firm, LLC<br>7751 Carondelet, Suite 803<br>Clayton, MO 63105-3369<br>tatelawfirm@aol.com<br><br>*Co-Counsel for Plaintiff* | Afocha Ngozi Ibe<br>IBE Law Office<br>7750 Clayton Road, Suite 220<br>St. Louis, MO 63117<br>E-mail: afochaibe@gmail.com<br><br>*Co-Counsel for Plaintiff* |

/s/Celestine Dotson
Celestine Dotson 120233
Law Office of Celestine Dotson
300 North Tucker Suite   #301
Saint Louis, Missouri     63101
314.454.6543
314.241.4943 facsimile
celestine-dotson@sbcglobal.net

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **GARY BIRD (deceased), by and through His Next Friend, GREG BIRD**,          ) ) ) **Plaintiff,**          ) ) vs.          ) ) **JEFFERSON COUNTY SHERIFF'S DEPARTMENT, et al.,**          ) ) ) **Defendants.**          ) | Case No. 4:07-CV-00202-SNLJ |

**PLAINTIFF'S TRIAL BRIEF**

Comes Now, Plaintiff, and in accordance with the Court's Case Management Order, files its Trial Brief, as follows:

Rule of Law:

"Apprehension by the use of deadly force is a seizure subject to the reasonableness requirement of the Fourth Amendment." *Craighead v. Lee*, 399 F.3d 954, 961 (8th Cir. 2005) (quoting, *Tennessee v. Garner,* 471 U.S. 1 (1985)). "Notwithstanding probable cause to seize a suspect, an officer may not always do so by killing him." *Id.* "The intrusiveness of a seizure by means of deadly force is unmatched." *Id.* "Hence, '[w]here the suspect poses no immediate threat to the officer and no threat to others, the harm resulting from failing to apprehend him does not justify the use of deadly force to do so.'" *Id.* (alteration in original).

Since 2001, police officers in the Eighth Circuit have been on notice that "that they may not use deadly force under circumstances in which they should know that the suspect does not present an immediate threat of serious physical injury or harm." *Id.* at 963 [12]-[15]. For

example, a jury may "[d]raw the not extraordinary inference[,] from uncontradicted testimony that an unarmed man was shot in the back of the head[,] ... that the shooting was unreasonable." *Ribbey v. Cox*, 222 F.3d 1040, 1043 [1]-[4] (8th Cir. 2000).

Moreover, deadly force simply may not be used against a "misdemeanant." *See*, *Helseth v. Burch*, 258 F.3d 867, 878-879 (Bye, Concurring) (8th Cir. 2001) (citing, *Garner,* 471 U.S. at 12) (noting a flat prohibition against the use of deadly force upon a fleeing misdemeanant).

Statement of Facts:

On March 19, 2005, deputy sheriff Groat shot Gary Bird, *inter alia*, in the back of the head after eluding attempts to curb Mr. Bird for unspecified misdemeanor traffic offenses. At the time of the fatal shot(s), Mr. Bird had fully cleared the vehicle operated by deputy Sheriff Crews, who was assisting Groat. Groat justified his original volley of shots because he perceived that Mr. Bird was driving toward Crews who was initially standing outside his vehicle. However, Crews clearly avoided any injury by moving to the passenger side of his vehicle. Moreover, Mr. Bird did not constitute an immediate threat of serious physical injury to anyone once Crews removed retreated to the passenger side of the vehicle. Mr. Bird was not armed with any weapons. Although Groat did not suspect Mr. Bird of any felonious activity, he decided to fire additional shots solely for the purpose of preventing Mr. Bird's escape.

Based upon the shooting reconstruction by detective Gray, each of the shots striking Mr. Bird entered from the left rear and exited to the front right. In other words, any of the shots which constituted a "seizure" were fired after any perceived immediate threat to Crews had subsided. In light of Eighth Circuit caselaw, a jury may decide that the use of deadly force under these circumstances was unreasonable and impose liability upon deputy Groat.

                                              Respectfully Submitted this
                                              11th day of January, 2011

                                              /s/Celestine Dotson_____
                                              Celestine Dotson 120233
                                              Law Office of Celestine Dotson
                                              300 North Tucker Suite    #301
                                              Saint Louis, Missouri    63101
                                              314.454.6543
                                              314.241.4943 facsimile
                                              celestine-dotson@sbcglobal.net

THE TATE LAW FIRM, LLC

/s/ Rufus J. Tate, Jr. _____
Rufus J. Tate, Jr. 46993MO
 7751 Carondelet, Suite 803
Clayton, MO 63105-3369
314.726.6495 Office
314.726.0424 Fax
tatelawfirm@gmail.com
*Co-Counsel for Plaintiff*