UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **GARY BIRD (deceased), by and through His Next Friend, GREG BIRD**, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:07-CV-00202-SNLJ ) |
| **JEFFERSON COUNTY SHERIFF'S DEPARTMENT, et al.,** | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF UNCONTESTED FACTS

1. Defendants Timothy Groat and Phillip Crews acted under color of state law as deputies of the Jefferson County Sheriff's Department on March 19, 2005.

2. [For purposes of this action only], the parties stipulate that Defendant Groat fired one or more gunshots that resulted in the death of Gary Bird.

NOTE:  The above paragraph 2 is the formal stipulation of the parties.  However, the parties agree that the bracketed language should not be read to the jury.

          Respectfully submitted,

          KING, KREHBIEL, HELLMICH
          & BORBONUS, LLC

| | |
|---|---|
| By: /s/Celestine Dotson_____ | By:  /s/ *William A. Hellmich*\_\_ |
| Celestine Dotson 120233 | WILLIAM A. HELLMICH      #3369 |
| 300 N. Tucker  #301 | 2000 South Hanley Road |
| St. Louis, MO 63101 | St. Louis, MO 63144 |
| 314.454.6543 | (314) 646-1110 |
| 314.241.4943 facsimile | (314) 646-1122 (fax) |
| E-Mail: celestinedotson@sbcglobal.net | E-mail:  bhellmich@kkhhb.com |
| | |
| Attorney for Plaintiff | Attorneys for Defendants Jefferson County Sheriff's Department, Oliver "Glenn" Boyer, Drew Crews, Tim Groat, Jeff Sengheiser |

## CERTIFICATE OF SERVICE

     The undersigned hereby further certifies that a true and accurate copy of the foregoing was served upon the following by means of the Courts Notice of Electronic Filing this 11th day of January, 2011:

          D. Keith Henson, Esq.
          PAULE, CAMAZINE & BLUMENTHAL, P.C.
          165 N. Meramec Avenue, 6th Floor
          St. Louis, MO  63105
          E-mail: khenzon@pcblawfirm.com

| | |
|---|---|
| Rufus J. Tate, Jr., Esq. | Afocha Ngozi Ibe |
| The Tate Law Firm, LLC | IBE Law Office |
| 7751 Carondelet, Suite 803 | 7750 Clayton Road, Suite 220 |
| Clayton, MO  63105-3369 | St. Louis, MO  63117 |
| tatelawfirm@aol.com | E-mail: afochaibe@gmail.com |
| *Co-Counsel for Plaintiff* | *Co-Counsel for Plaintiff* |

             /s/ *William A. Hellmich*